1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ADAM GHADIRI,                                    Case No. 19-cv-02243-SVK

8            Plaintiff,

9        v.                                        **ORDER TO SHOW CAUSE RE:
                                                   SETTLEMENT**
10 ANDARYS ENTERPRISE, INC., et al.,               Re: Dkt. No. 23

11           Defendants.

12        Dkt. 23 indicates that Plaintiff requested that the mediation scheduled for March 5, 2020

13 be taken off calendar. However, as of the date of this order, no notice of settlement has been filed.

14 Accordingly, the parties have until **March 10, 2020** to file either a notice of settlement or a

15 response to this order showing cause as to why the case should not be dismissed for failure to

16 prosecute as directed by General Order 56. An order to show cause hearing is hereby SET for

17 **March 17, 2020 at 10:00 a.m.**

18        **SO ORDERED.**

19 Dated: March 6, 2020

20

21

22                                                SUSAN VAN KEULEN
                                                  United States Magistrate Judge

23

24

25

26

27

28