UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDARYS ENTERPRISE, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02243-SVK<br><br>**ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Re: Dkt. No. 25 |

On March 4, 2020, ADR staff posted a remark indicating that Plaintiff had requested that the mediation set for March 5, 2020 be taken off calendar. Dkt. 23. The remark also vacated the appointment of the mediator and noted that no new mediator would be appointed unless the Court granted an extension of the mediation deadline. *Id*. The mediation deadline was December 17, 2019. *See* Docket; Dkt. 25 at 2. On March 6, 2020, the Court issued an order to show cause directing the Parties the parties to file either a notice of settlement or a show cause response by March 10, 2020. Dkt. 24. The Court also set the matter for an order to show cause hearing on March 17, 2020 at 10:00 a.m. *Id*.

On March 10, 2020, the Parties filed a joint stipulation to extend the mediation deadline by ninety (90) days. Dkt. 25. Accordingly, the Court **GRANTS** the Parties' stipulation to extend the mediation deadline by ninety (90) days from today's date and **VACATES** the hearing set for March 17, 2020. However, in light of the Parties' failure to complete the mediation on time and utter disregard for this Court's numerous previous orders regarding the seeking an extension of a mediation deadline in a timely manner, there will be NO FURTHER EXTENSIONS.

**SO ORDERED.**

Dated: March 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge