UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDARYS ENTERPRISE, INC., et al.,<br><br>        Defendants. | Case No.  19-cv-02243-SVK<br><br>**ORDER REQUIRING JOINT STATUS REPORT**<br><br>Re: Dkt. No. 26 |

The original mediation deadline in this matter was December 17, 2019, and the mediation was rescheduled multiple times, finally being set for March 5, 2020.  *See* Docket; Dkt. 25 at 2.  On March 4, 2020, ADR staff posted a remark indicating that Plaintiff had requested that the mediation set for March 5, 2020 be taken off calendar.  Dkt. 23.  On March 6, 2020, the Court issued an order to show cause directing the Parties to file either a notice of settlement or a show cause response by March 10, 2020.  Dkt. 24.  On March 10, 2020, the Parties filed a joint stipulation to extend the mediation deadline another ninety (90) days.  Dkt. 25.  The Court granted the stipulation and extended the mediation deadline to June 8, 2020.  Dkt. 26.  The Court cautioned the parties that there would be no further extensions.  *Id*.  On April 6, 2020, a mediator was appointed.  Dkt. 27.

The mediation deadline has passed, and the Court has not received a Certification of ADR Session as anticipated pursuant to General Order 56.  Accordingly, the Parties are **ORDERED** to file a joint status report detailing the status of the case by **July 17, 2020**.

**SO ORDERED.**

Dated: July 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge