CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com
PrathimaP@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Adam Ghadiri**, <br><br> Plaintiff, <br><br> v. <br><br> **Andarys Enterprise Inc.,** a California Corporation; <br> **Tabs Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No**. 5:19-CV-02243-SVK <br><br> **Motion to Strike Andarys Enterprise Inc. and Tabs Inc.'s Answer to Plaintiff's Complaint** <br><br> Courtroom: 6-4th floor <br><br> Magistrate Judge: Hon. Susan Van Keulen <br><br> Complaint filed: 04/25/2019 <br> Answer filed: 06/28/2019 |

TO ALL PARTIES and their attorneys of record:

PLEASE TAKE NOTICE THAT in Courtroom 6 on the 4th floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Plaintiff will and hereby does move this Court for an Order striking Defendants Andarys Enterprise Inc. and Tabs Inc.'s Answer, served by Mr. Michael Welch as Defendant in Pro Per on June 28, 2019, in its entirety. Plaintiff's motion will be based upon this notice and motion, the arguments presented below, all other papers filed with the Court and oral argument, if any.

Dated: July 23, 2020                                       CENTER FOR DISABILITY ACCESS

By: */s/Prathima Reddy Price*

Prathima Reddy Price
Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. RELEVANT FACTS

On April 25, 2019, Plaintiff filed this action against Defendants Andarys Enterprise Inc. and Tabs Inc., a Delaware Limited Liability Company alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act. (ECF-1). Mr. Michael Welch subsequently served an Answer in *propria persona* on behalf of Defendants Andarys Enterprise Inc. and Tabs Inc., collectively referred to herein as "Defendants" on June 28, 2019. Thus, Plaintiff respectfully requests that this Court strike Defendant Andarys Enterprise Inc. and Tabs Inc.'s Answer in its entirety for failure to comply with General Order 56.

### II. LEGAL STANDARD FOR A MOTION TO STRIKE

Under Federal Rule of Civil Procedure 12(f), "the Court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The purpose of a 12(f) motion "is to avoid the expenditure of time and money that must arise from litigating spurious issues by dispensing with those issues prior to trial." *Whittlestone, Inc. v. Handi-Craft Co.*, 618 F.3d 970, 973 (9th Cir.2010) (quoting *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1527). Within 21 days after the service of the offending pleading, a party may file a motion to strike. Fed. R. Civ. Pro. 12 (f)(2). Here, the instant motion has been filed within 21 days of the service of Defendant's Answer and is therefore timely.

### III. PARTIES MUST CONDUCT MEDIATION

Under General Order 56 (9), " MEDIATION.

> Within 42 days from the joint site inspection or settlement meeting, whichever occurs first, the parties shall file either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel, both available on the Court's website. Unless settled, the matter will then be referred automatically to mediation for a session to be scheduled as soon as feasible, and in no event later than 90

days from the date the Notice of Need for Mediation and Certification of Counsel is filed, unless otherwise ordered by the assigned judge. The mediator shall preside over settlement negotiations that address all issues presented by the matter, including requests for injunctive relief, damages, and attorneys' fees. The mediator and the parties shall address the issues in the manner and order set forth in Paragraph 5 of this Order. Should a settlement be reached, counsel shall ensure that the parties make a written record of the essential terms of the settlement sufficient to permit any party to move to enforce the settlement should it not be consummated according to its terms. Should any settlement be conditioned upon future conduct such as remediation, upon submission of an appropriate order of dismissal that includes retention of jurisdiction to enforce the settlement the assigned judge will retain jurisdiction to enforce the settlement.

Defendants even after being contacted several times for setting up a GO 56 mediation conference has refused to participate in it and comply with GO 56 requirements.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court strike the Answer in its entirety.

Dated: July 23, 2020                                          CENTER FOR DISABILITY ACCESS

By: */s/Prathima Reddy Price*
Prathima Reddy Price
Attorney for Plaintiff

---

Motion to Strike                                1                           Case No. 5:19-CV-02243-SVK