UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDARYS ENTERPRISE, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-02243-SVK<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO STRIKE SHOULD NOT BE GRANTED**<br><br>Re: Dkt. No. 30 |

On July 23, 2020, Plaintiff filed a Motion to Strike Andarys Enterprise Inc. and Tabs Inc.'s Answer to Plaintiff's Complaint. Dkt. 30. Defendants' deadline to file a written response was August 6, 2020. The deadline to respond has passed, and the Court has not received a response. Accordingly, Defendants have until **August 25, 2020** to show cause as to why the motion to strike should not be granted. An order to show cause hearing is hereby SET for **September 1, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: August 19, 2020

SUSAN VAN KEULEN
United States Magistrate Judge