UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>          Plaintiff,<br><br>    v.<br><br>ANDARYS ENTERPRISE, INC., et al.,<br><br>          Defendants. | Case No. 19-cv-02243-SVK<br><br>**ORDER TO SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 31 |

The Court held an order to show cause hearing on September 1, 2020. Defense counsel did not file a show cause response and did not appear at the hearing. Plaintiff's counsel represented that he has been in touch with defense counsel and that defense counsel has been in ill health. This conforms with information the Court has received in other cases. The order to show cause hearing is continued to **October 13, 2020 at 10:00 a.m.** The Court further ORDERS that Plaintiff's counsel is to contact defense counsel promptly by phone and make him aware of this order.

**SO ORDERED.**

Dated: September 1, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge